### UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

### CRIMINAL MINUTE SHEET

| USA v. Federico Zavala-Quezada | District Judge: Paul L. Maloney |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:10-cr-161 | 4/4/11 | 1:34 p.m. - 3:05 p.m. | Kalamazoo | Ellen Donohue |

| APPEARANCES | | |
|---|---|---|
| Government: Mark Courtade by Heath Lynch | Defendant: Kevin Bolger and Robert Lucenti | Counsel Designation: Retained |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ____ Arraignment:<br>    ____ mute<br>    ____ not guilty<br>    ____ guilty<br>    ____ nolo contendre<br>____ Final Pretrial Conference<br>____ Detention (waived ____)<br>____ Motion Hearing<br>____ Revocation/SRV/PV<br>____ Bond Violation<br>____ Change of Plea<br>✓ Sentencing<br>____ Trial<br>____ Other:_____ | ____ Defendant's Rights<br>____ Waiver of Indictment<br>____ Other:<br>_____<br>_____<br><br>Court to Issue:<br><br>____ Order of Detention<br>____ Notice of Sentencing<br>____ Order Appointing Counsel<br>____ Other:<br>_____ | Charging Document:<br>____ Read     ____ Reading Waived<br><br>Guilty Plea to Count(s) _____<br>of the<br>_____<br><br>Count(s) to be dismissed at sentencing:<br>_____<br><br>____ Presentence Report Ordered<br>____ Presentence Report Waived<br>____ Plea Accepted by the Court<br>____ Plea Taken under Advisement<br>____ No Written Plea Agreement |

| SENTENCING | |
|---|---|
| Imprisonment: 135 months<br>Probation: n/a<br>Supervised Release: 5 years<br>Fine: $ 0.00<br>Restitution: $ 0.00<br>Special Assessment: $ 100.00 | Plea Agreement Accepted: ✓ Yes ____ No<br>Appeal Packet Given: ✓ Yes ____ No<br>Conviction Information:<br>Date: 11/29/10<br>By: Plea<br>As to Count(s): 1 of the Indictment |

**ADDITIONAL INFORMATION:**
Counts 2 and 3 are dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|
| | |

| Reporter/Recorder: Mary M. Foley | Case Manager: A. Redmond |
|---|---|

**Criminal Minute Sheet Page 2 of 2**
**USA v.** Federico Zavala-Quezada
**Case No.:**   1:10-cr-161
**Date:**   4/4/11

**WITNESSES:**

| Govt | Deft | Name of Witness |
|------|------|-----------------|
| ✓ | | Elias Pantoja, Jr. |
| ✓ | | Patrick Lee Frederick |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**EXHIBITS:**

| Govt | Deft | I.D. | Description | Admitted |
|------|------|------|-------------|----------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ADDITIONAL INFORMATION:**