Case 1:10-cr-00161-PLM Doc #96 Filed 08/08/11 Page 1 of 1 Page ID#244 KZ

FILED
August 8, 2011 1:06 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
bd / ___ Scanned by ad / 8-8-11

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| The United States of America, Plaintiff (Respondent) | ) ) ) ) ) | 1:10-cr-161-01<br>Paul L. Maloney, Chief Judge<br>United States District Court |
| vs | ) ) ) | CASE No.: 1:10-CR-161 |
| Federico Zavala-Quezada, Defendant (Movant) | ) ) ) ) | [THE HONORABLE PAUL L. MONEY] |

## RESPONSE TO GOVERNMENT'S MOTION FOR ORDER OF AUTHORIZATION TOWARD RELEASE OF INFORMATION AND REQUEST FOR WAIVER OF ATTORNEY-CLIENT PRIVILEGE

NOW COMES, Federico Zavala-Quezada, Defendant (Movant), as represented in propria personam, sui juris, and acting on his own behalf and as his own legal counsel, hereby provides this Honorable Court with a Response to the Plaintiff's request for Waiver of Attorney-Client Privilege, to which, Defendant vehimently opposes such adjudication as a violation of Defendant's Constitutional Amendment right to due process and confidentiality and privacy. That such waiver shall pierce the sanctity of the Attorny-Client privilege and impede the Defendant for current and future opportunities to appeal the validity of his instant case. That defendant opposes the release of personal, conversational, professional, and evidentiary documentation placed within the sanctity of the Attorney-Client Privilege and that such information should remain outside of the relevant facts and issues under dispute that were introduced within the Defendant's motion for relief to which all were derived from the public records and transcripts that currently remain available to the Government and prosecution under Docket. An accompanying memorandum of law in support of this Response shall be included contemporaneously herewith.

August 2, 2011

x _Federico Zavala_
Federico Zavala-Quezada