UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
November 15, 2012 1:21 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ald /____ SCANNED BY am 11-15

FEDERICO ZAVALA-QUEZADA,

    Movant/Appellant,

Vs.

UNITED STATES OF AMERICA,

    Respondent/Appellee.

Case No.:

1:10-CR-00161-PLM

Civil Action No.:

## NOTICE OF APPEAL

Notice is hereby given that Federico Zavala-Quezada, Movant/Appellant, in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment and order entered October 30, 2012, in this action, writ of habeas corpus pursuant to Title 28 United States Code Section 2255.

Respectfully Submitted,

This 9th day of November, 2012

*Federico Zavala*
Federico Zavala-Quezada,
Movant/Appellant, pro se
Fed. Reg. No.: 14859-040
Federal Correctional Institution
FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432

- 1