AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

United States of America
v.
Federico Zavala-Quezada

Case No: 1:10-cr-161-01
USM No: 14859-040

Date of Original Judgment: 04/11/2011
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Richard D. Stroba
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  135 months  **is reduced to**  120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/11/2011  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/13/2015

/s/ Paul L. Maloney
*Judge's signature*

Effective Date:
*(if different from order date)*

Paul L. Maloney, United States District Judge
*Printed name and title*